# EXHIBIT A



**Student Details**

**Generated for:** Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

| Demographic Information | |
|---|---|
| **NCAA ID** | 1904550497 |
| **Name** | Matthew Bewley |
| **Address** | 8511nw46st<br>Laurel Hill<br>FL (Florida)<br>US (United States Of America)<br>33351 |
| **Phone** | 95243300652 |
| **Graduation Date** | 01-Jun-23 |
| **EC DI Graduation Date** | 01-Jun-23 |
| **EC DII Graduation Date** | 01-Jun-23 |
| **EC DIII Graduation Date** | 01-Jun-23 |
| **Enrollment Date** | FALL 2023 |
| **Current High School** | Xceed Prep Anywhere 852336 |
| **Student Account Type** | Academic and Amateurism |

## Academic Eligibility

### Division I

| Acad. Certification | 10/7 Met? | Units | Quality Points | GPA |
|---|---|---|---|---|
| Final Qualifier | Yes | 16.0 | 48.0 | 3 |

| Waiver | Decision Date |
|---|---|
| | 04-Aug-23 |

| Academic Eligibility Decision Description |
|---|
| You are academically eligible to receive aid, practice and compete in this division. |

### Division II

| Acad. Certification | Units | Quality Points | GPA |
|---|---|---|---|
| Final Qualifier | 16.0 | 48.5 | 3.031 |

| Waiver | Decision Date |
|---|---|
| | 04-Aug-23 |

| Academic Eligibility Decision Description |
|---|
| You are academically eligible to receive aid, practice and compete in this division. |

### Eligibility Descriptions

| Division I Competition |
|---|
| None |

| Division I Academic Redshirt |
|---|
| None |



**Student Details**

Generated for: **Student**

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

| Division II |
| --- |
| None |

## Amateurism Information

| Sports Division | Amateurism Decision | Decision Date | Ready to Process | Final Certification Requested | Conditions |
| --- | --- | --- | --- | --- | --- |
| MBB - Men's Basketball **Div I** | Final Not Certified | 31-Oct-23 | Final - [26-Oct-23] | **Yes** (11-Jul-23) | Prospective student-athlete's amateur status has been posted as "Final: Not Certified" in PSA's Eligibility Center account due to violation(s) of amateurism rules. An NCAA institution may request reinstatement from Academic and Membership Affairs; if such request is granted, the certification conditions will be updated accordingly. **Bylaws :** 12.1.2 - Amateur Status. 12.2.3.2 - Competition with Professionals. 12.2.5 - Contracts and Compensation. |
| MBB - Men's Basketball **Div II** | Not Applicable | 31-Oct-23 | Final - [26-Oct-23] | **Yes** (11-Jul-23) | |
| MBB - Men's Basketball **Div III** | Not Applicable | 31-Oct-23 | Final - [26-Oct-23] | **Yes** (11-Jul-23) | |

## Course Information

### Division I Competition

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV I UNITS | DIV I QUALITY POINTS |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 100494 | English | ENGLISH I | C | 0.5 | 1.0 |
| 1 | 100494 | English | ENGLISH I | D | 0.5 | 0.5 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Social Studies | LAW STUDIES | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | C | 0.5 | 1.0 |
| 2 | 101278 | Science | BIOLOGY | A | 0.5 | 2.0 |
| | | | Total | 3.0 | 16.0 | 48.0 |



**Student Details**

Generated for: Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

## Division I Competition

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV I UNITS | DIV I QUALITY POINTS |
|---|---|---|---|---|---|---|
| 2 | 101278 | Science | BIOLOGY | C | 0.5 | 1.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | A | 0.5 | 2.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | C | 0.5 | 1.0 |
| 2 | 101278 | English | ENGLISH II | D | 0.5 | 0.5 |
| 2 | 101278 | English | ENGLISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD HISTORY | A | 0.5 | 2.0 |
| 2 | 101278 | Social Studies | WORLD HISTORY | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD RELIGION | A | 0.5 | 2.0 |
| 3 | 852336 | Math | ALGEBRA II | B | 0.5 | 1.5 |
| 3 | 852336 | Math | ALGEBRA II | A | 0.5 | 2.0 |
| 3 | 852336 | English | ENGLISH III | B | 0.5 | 1.5 |
| 3 | 852336 | English | ENGLISH III | A | 0.5 | 2.0 |
| 3 | 852336 | Social Studies | UNITED STATES HISTORY | B | 0.5 | 1.5 |
| 3 | 852336 | Social Studies | UNITED STATES HISTORY | B | 0.5 | 1.5 |
| 4 | 852336 | Science | CHEMISTRY I | B | 0.5 | 1.5 |
| 4 | 852336 | Science | CHEMISTRY I | A | 0.5 | 2.0 |
| 4 | 852336 | Social Studies | ECONOMICS W/FINANCIAL LITERACY | C | 0.5 | 1.0 |
| 4 | 852336 | English | ENGLISH IV | B | 0.5 | 1.5 |
| 4 | 852336 | English | ENGLISH IV | A | 0.5 | 2.0 |
| 4 | 852336 | Math | GEOMETRY | A | 0.5 | 2.0 |
| 4 | 852336 | Math | GEOMETRY | B | 0.5 | 1.5 |
| 4 | 852336 | Social Studies | UNITED STATES GOVERNMENT | B | 0.5 | 1.5 |
| | | | Total | 3.0 | 16.0 | 48.0 |

**Please note** that courses used for **10/7** are highlighted in ☐ color in above Division I Competition table.



**Student Details**

Generated for: Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

## Division I Academic Redshirt

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE | DIV I UNITS | DIV I QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1 | 100494 | English | ENGLISH I | C | 0.5 | 1.0 |
| 1 | 100494 | English | ENGLISH I | D | 0.5 | 0.5 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Social Studies | LAW STUDIES | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | C | 0.5 | 1.0 |
| 2 | 101278 | Science | BIOLOGY | A | 0.5 | 2.0 |
| 2 | 101278 | Science | BIOLOGY | C | 0.5 | 1.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | A | 0.5 | 2.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | C | 0.5 | 1.0 |
| 2 | 101278 | English | ENGLISH II | D | 0.5 | 0.5 |
| 2 | 101278 | English | ENGLISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD HISTORY | A | 0.5 | 2.0 |
| 2 | 101278 | Social Studies | WORLD HISTORY | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD RELIGION | A | 0.5 | 2.0 |
| 3 | 852336 | Math | ALGEBRA II | B | 0.5 | 1.5 |
| 3 | 852336 | Math | ALGEBRA II | A | 0.5 | 2.0 |
| 3 | 852336 | English | ENGLISH III | B | 0.5 | 1.5 |
| 3 | 852336 | English | ENGLISH III | A | 0.5 | 2.0 |
| 3 | 852336 | Social Studies | UNITED STATES HISTORY | B | 0.5 | 1.5 |
| 3 | 852336 | Social Studies | UNITED STATES HISTORY | B | 0.5 | 1.5 |
| 4 | 852336 | Science | CHEMISTRY I | B | 0.5 | 1.5 |
| 4 | 852336 | Science | CHEMISTRY I | A | 0.5 | 2.0 |
| 4 | 852336 | Social Studies | ECONOMICS W/FINANCIAL LITERACY | C | 0.5 | 1.0 |
| 4 | 852336 | English | ENGLISH IV | B | 0.5 | 1.5 |
| 4 | 852336 | English | ENGLISH IV | A | 0.5 | 2.0 |
| | | | **Total** | **3.0** | **16.0** | **48.0** |



**Student Details**

Generated for: Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

## Division I Academic Redshirt

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV I UNITS | DIV I QUALITY POINTS |
|---|---|---|---|---|---|---|
| 4 | 852336 | Math | GEOMETRY | A | 0.5 | 2.0 |
| 4 | 852336 | Math | GEOMETRY | B | 0.5 | 1.5 |
| 4 | 852336 | Social Studies | UNITED STATES GOVERNMENT | B | 0.5 | 1.5 |
| | | | **Total** | **3.0** | **16.0** | **48.0** |

## Division II

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV II UNITS | DIV II QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1 | 100494 | English | ENGLISH I | C | 0.5 | 1.0 |
| 1 | 100494 | English | ENGLISH I | D | 0.5 | 0.5 |
| 1 | 100494 | Science | ENVIRONMENTAL SCIENCE | C | 0.5 | 1.0 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Social Studies | LAW STUDIES | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | C | 0.5 | 1.0 |
| 2 | 101278 | Science | BIOLOGY | A | 0.5 | 2.0 |
| 2 | 101278 | Science | BIOLOGY | C | 0.5 | 1.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | A | 0.5 | 2.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | C | 0.5 | 1.0 |
| 2 | 101278 | English | ENGLISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD HISTORY | A | 0.5 | 2.0 |
| 2 | 101278 | Social Studies | WORLD HISTORY | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD RELIGION | A | 0.5 | 2.0 |
| 3 | 852336 | Math | ALGEBRA II | B | 0.5 | 1.5 |
| 3 | 852336 | Math | ALGEBRA II | A | 0.5 | 2.0 |
| | | | **Total** | **3.031** | **16.0** | **48.5** |



**Student Details**

Generated for: Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

## Division II

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV II UNITS | DIV II QUALITY POINTS |
|---|---|---|---|---|---|---|
| 3 | 852336 | English | ENGLISH III | B | 0.5 | 1.5 |
| 3 | 852336 | English | ENGLISH III | A | 0.5 | 2.0 |
| 3 | 852336 | Social Studies | UNITED STATES HISTORY | B | 0.5 | 1.5 |
| 3 | 852336 | Social Studies | UNITED STATES HISTORY | B | 0.5 | 1.5 |
| 4 | 852336 | Science | CHEMISTRY I | B | 0.5 | 1.5 |
| 4 | 852336 | Science | CHEMISTRY I | A | 0.5 | 2.0 |
| 4 | 852336 | Social Studies | ECONOMICS W/FINANCIAL LITERACY | C | 0.5 | 1.0 |
| 4 | 852336 | English | ENGLISH IV | B | 0.5 | 1.5 |
| 4 | 852336 | English | ENGLISH IV | A | 0.5 | 2.0 |
| 4 | 852336 | Math | GEOMETRY | A | 0.5 | 2.0 |
| 4 | 852336 | Math | GEOMETRY | B | 0.5 | 1.5 |
| 4 | 852336 | Social Studies | UNITED STATES GOVERNMENT | B | 0.5 | 1.5 |
| | | | **Total** | **3.031** | **16.0** | **48.5** |

## Courses Used To Meet 10/7

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV I UNITS | DIV I QUALITY POINTS |
|---|---|---|---|---|---|---|
| 1 | 100494 | English | ENGLISH I | C | 0.5 | 1.0 |
| 1 | 100494 | English | ENGLISH I | D | 0.5 | 0.5 |
| 1 | 100494 | Additional | IB - MYP SPANISH 1 HONORS | C | 0.5 | 1.5 |
| 1 | 100494 | Social Studies | LAW STUDIES | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | B | 0.5 | 1.5 |
| 2 | 101278 | Math | ALGEBRA I | C | 0.5 | 1.0 |
| 2 | 101278 | Science | BIOLOGY | A | 0.5 | 2.0 |
| 2 | 101278 | Science | BIOLOGY | C | 0.5 | 1.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | A | 0.5 | 2.0 |
| 2 | 101278 | Science | EARTH SPACE SCIENCE | C | 0.5 | 1.0 |
| 2 | 101278 | English | ENGLISH II | D | 0.5 | 0.5 |
| | | | **Total** | **2.9** | **10.0** | **29.0** |



**Student Details**

Generated for: Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

## Courses Used To Meet 10/7

| ACADEMIC YEAR | HS CODE | CATEGORY | TITLE | GRADE GPA | DIV I UNITS | DIV I QUALITY POINTS |
|---|---|---|---|---|---|---|
| 2 | 101278 | English | ENGLISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Additional | SPANISH II | B | 0.5 | 1.5 |
| 2 | 101278 | Social Studies | WORLD HISTORY | A | 0.5 | 2.0 |
| 2 | 101278 | Social Studies | WORLD RELIGION | A | 0.5 | 2.0 |
| 3 | 852336 | Math | ALGEBRA II | B | 0.5 | 1.5 |
| 3 | 852336 | Math | ALGEBRA II | A | 0.5 | 2.0 |
| 3 | 852336 | English | ENGLISH III | B | 0.5 | 1.5 |
| 3 | 852336 | English | ENGLISH III | A | 0.5 | 2.0 |
| | | | Total | 2.9 | 10.0 | 29.0 |

## ACT/SAT Test Scores

### ACT Test Scores

| Date | Type | O/U | Eng | Math | Read | Sci | Comp. | NCAA Sum |
|---|---|---|---|---|---|---|---|---|
| | | | | No ACT Scores Available | | | | |

### SAT Test Scores

| Date | Type | O/U | verb | Math | Comp. | NCAA Comp. |
|---|---|---|---|---|---|---|
| | | | No SAT Scores Available | | | |

## Student Tasks

| Task Definition | Sport | Task Assigned Date | Task Complete Date |
|---|---|---|---|
| Certification Forwarded to Academic and Membership Affairs for Review | Men's Basketball | 09-Oct-23 | 26-Oct-23 |
| Response from Sport Contact Needed | Men's Basketball | 28-Sep-23 | 29-Sep-23 |
| Response from Member Institution Needed | Men's Basketball | 20-Sep-23 | 22-Sep-23 |
| Response from Member Institution Needed | Men's Basketball | 25-Aug-23 | 06-Sep-23 |
| Response from Sport Contact Needed | Men's Basketball | 25-Aug-23 | 28-Aug-23 |
| Agent/Advisor/Benefactor (Team Sports) | Men's Basketball | 25-Jul-23 | 24-Aug-23 |
| Amateurism – Further Information Needed from College-Bound Student-Athlete | Men's Basketball | 25-Jul-23 | 24-Aug-23 |



**Student Details**

Generated for: Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

## Student Tasks

| Task Definition | Sport | Task Assigned Date | Task Complete Date |
|---|---|---|---|
| Division I Academic Decision Available | | 07-Aug-23 | 21-Aug-23 |
| Division II Academic Decision Available | | 07-Aug-23 | 21-Aug-23 |
| Missing term | | 20-Jul-23 | 31-Jul-23 |
| Official transcript needed | | 25-Jul-23 | 31-Jul-23 |
| Official final transcript needed | | 21-Jul-23 | 31-Jul-23 |
| Team Participation | Men's Basketball | 28-Jun-23 | 24-Jul-23 |
| Official transcript needed | | 28-Jun-23 | 13-Jul-23 |
| Request Final Amateurism Certification | Men's Basketball | 29-Jun-23 | 11-Jul-23 |
| Required information regarding initial eligibility, banned drugs and sports wagering | | 28-Jun-23 | 11-Jul-23 |
| Official transcript needed | | 28-Jun-23 | 29-Jun-23 |
| Incomplete Sports Participation Responses | Men's Basketball | 28-Jun-23 | 28-Jun-23 |
| Required information regarding NCAA Data and Reports | | 22-Jun-23 | 28-Jun-23 |

## Student's Current High School Information

| | |
|---|---|
| **High School Code** | 852336 |
| **High School Name** | Xceed Prep Anywhere |
| **Status** | Cleared |
| **Address** | 5944 Coral Ridge Drive # 238 Coral Springs FL - 33076 |
| **Contact No.** | 954-510-5476 |
| **Core Course Update Date** | 13-Sep-23 |



**Student Details**                                                      **Generated for:** Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

---

## Sports Participation Responses

## MBB - Men's Basketball
**Final Certification Requested:  Yes** (11-Jul-23)

| Expenses |
|---|
| No events have been added to this list |

| Training Expenses |
|---|
| No training expenses have been added to this list. |

| Athletics Contacts |
|---|
| No Athletics Contacts have been added to this list |

| Teams/Clubs | |
|---|---|
| **Name of the team/club** | **Overtime Elite** |
| **Date range for your participation with this team.** | 01-Jul-21 - 01-Jul-23 |
| **City in which team/club is based** | ATLANTA |
| **Country** | US - United States Of America |
| **State/province** | GA - Georgia |
| **League** | N/A |
| **Division/level** | High School |
| **Team/club contact name** | Brandon Williams |
| **Team/club contact phone number** | 7347164480 |
| **Team/club contact email address** | |
| **Have you or your parents/legal guardians ever signed any type of document with this team/club?** | |
| Yes | |
| **Did you or your parents (or anyone associated with you) pay the team/club or league for you to participate with this team/club?** | |
| No | |
| **Does this team/club consider itself to be professional?** | |
| No | |
| **Which of these items did the team/club provide to you to participate?** | |
| Facility Usage | |
| Lodging | |
| Physical Therapy | |
| Transportation | |
| Equipment/Apparel/Shoes | |
| Health/Medical Insurance | |
| Meals | |
| **Which of these items did the team/club provide to any of your teammates for them to participate?** | |



**Student Details**

**Generated for:** Student

This report reflects the account's status as of the **print date listed at the bottom of this page**. For the most up-to-date information, please log in to your account.

| |
|---|
| Facility Usage |
| Meals |
| Health/Medical Insurance |
| Transportation |
| Physical Therapy |
| Lodging |
| Equipment/Apparel/Shoes |

| |
|---|
| **Did you receive money (in any form) from this team/club to practice or play?** |
| Yes |
| **How much money did you receive from this team/club to practice or play?** |
| 1000000  USD  total |
| **To the best of your knowledge, were any of your teammates paid to practice or compete with this team/club?** |
| Yes |
| **Did you receive any bonus or incentive money from this team/club?** |
| Yes |
| **How much bonus or incentive money did you receive?** |
| 100000  USD  total |
| **Why did you receive this bonus/incentive money?** |
| Other |
| **Was official score kept during any of the events in which you participated as part of this team/club?** |
| Yes |
| **Were official timers or game officials used for any of the events in which you participated as part of this team/club?** |
| Yes |
| **Did you wear team uniforms when competing as part of this team/club?** |
| Yes |
| **Was the team/club sponsored by anyone?** |
| Yes |
| **Name of sponsor(s)** |
| various |
| **Was a team roster decided on before this team/club competed in any events?** |
| Yes |
| **How many events or games did you participate in as part of this team/club, per season?** |
| 26-40 |

## Activities After High School

| |
|---|
| No events have been added to this list |

# EXHIBIT B

From: **Melchert, Morgan** <mmelchert@ncaa.org>
Date: Fri, Aug 25, 2023 at 2:20 PM
Subject: Request for Information - NCAA Eligibility Center - Matthew and Ryan Bewley
To: tdevinne@csu.edu <tdevinne@csu.edu>

Hi Tom:

Thank you for your time this afternoon in discussing Matthew and Ryan's amateurism review status. As discussed in our call, I have some questions pertaining to certain clauses and benefits described in Ryan and Matthew's contract. I attached a word document with our questions for Ryan and Matthew. Upon receiving clarification from the questions outlined in the word document, our next step will be to work with Ryan and Matthew in contemporaneously documenting their expenses from July 2021 to June 2023.

The United State average monthly expenditure is $5,577/month, meaning Ryan and Matthew may earn $5,577/month to cover their expenses. I have provided a breakdown of the average monthly expenditure for the US and an individual category break down (see page one of the attached excel document). Ryan and Matthew's allowed compensation per month is lower considering they received additional benefits per their contracts. Their additional benefits included the following: (1) lodging, (2) three meals per day, (3) transportation reimbursement to travel to and from league facilities, (4) and educational services to assist Ryan and Matthew in earning their high school diploma. Upon removing the lodging, food, transportation, and education expense categories, we are left with $1,986 (see page two of the attached excel document), meaning Matthew and Ryan may earn $1,986/month to cover their additional expenses.

We know Matthew and Ryan both earned at least 33,333 a month [350,000+50,000=400,000|400,000/12=33,333], which is 31,347 more than what they may earn to cover their additional expenses per month. We allow athletes to assert that their expenses were more per month than the average household expenditures. This approach may apply to individual categories of actual and necessary expenses if the PSA's contemporaneously documented expenses exceed applicable average household expenses for the category. I have also attached the portion of out policies and procedures which further explains this process at the bottom of the document.

We can talk through this next step upon receiving some clarification on the above questions for Matthew and Ryan.

Thanks Tom and have a great weekend.