**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW BEWLEY and RYAN BEWLEY, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No.: 1:23-CV-15570 |
| ) | |
| THE NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR TEMPORARY RESTRAINING
<u>ORDER AND PRELIMINARY INJUNCTION</u>**

COME NOW, Plaintiffs, Matthew Bewley and Ryan Bewley (hereinafter "Bewleys"), by their attorneys, Dominique Price, Daniel McGrath, and Marcos Reilly of Hinshaw & Culbertson LLP, pursuant to Fed. R. Civ. P. 65 and N.D. Ind. L.R. 65-1, and respectfully requests this Court issue a Temporary Restraining Order protecting the Bewleys ability to compete in intercollegiate athletics against any determination of ineligibility by Defendant, The National Collegiate Athletic Association (hereinafter "NCAA"). Plaintiffs file concurrently herewith their Brief in Support of their Motion for Temporary Restraining Order and Verified Complaint.

WHEREFORE, Plaintiffs, Matthew Bewley and Ryan Bewley by and through counsel, respectfully request this Court issue a Temporary Restraining Order immediately enjoining the NCAA from enforcing its ruling on Plaintiffs' ineligibility to compete in collegiate athletics until further order of this Court, and any and all other immediate relief appropriate to protect Plaintiffs from irreparable harm.

                                            Respectfully Submitted,

                                            MATTHEW BEWLEY and RYAN BEWLEY

                                            By:   */s/Dominique Price*
                                                         One of their Attorneys

Dominique A. Price
Daniel McGrath
Marcos Reilly
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
(312) 704-3000
Attorney No.: 6315143

## CERTIFICATE OF SERVICE

      I hereby certify that on **November 1, 2023,** I electronically filed the forgoing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

                                            */s/ Dominique Price*
                                            Dominique Price
                                            One of the Attorneys for Plaintiff

6080297v2 866847