# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW BEWLEY and RYAN BEWLEY, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No.: 1:23-CV-15570 |
| ) | |
| THE NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Plaintiffs, Matthew Bewley and Ryan Bewley (hereinafter "Plaintiffs"), by their attorneys, Dominique Price, Daniel McGrath, and Marcos Reilly of Hinshaw & Culbertson LLP, hereby move for leave to file under seal Exhibits C and D to their Complaint, and in support thereof, states as follows:

1. To their Complaint, Plaintiffs attach Exhibits C and D. Exhibit C is a copy of the Uniform Player Contract between Plaintiff, Matthew Bewley and Overtime Elite Academy. Exhibit D is an exemplar Scholarship and Name, Image, and Likeness Agreement with OTE.

2. In order to maintain the confidentiality of the proprietary terms of these agreements, Plaintiffs seek leave of court to file these two exhibits under seal. If given leave to do so, Plaintiffs will promptly file Exhibits C and D under seal with this Court.

WHEREFORE, Plaintiffs respectfully request leave of Court to file Exhibit C and Exhibit D under seal in support of their Complaint, and for such further and other relief as the Court deems just and equitable.

Respectfully Submitted,

MATTHEW BEWLEY and RYAN BEWLEY

96968\315158189.v1

By:   */s/Dominique Price*
            One of their Attorneys

Dominique A. Price
Daniel McGrath
Marcos Reilly
Hinshaw & Culbertson LLP
151 North Franklin Street
Chicago, IL  60606
(312) 704-3000
Attorney No.: 6315143

## CERTIFICATE OF SERVICE

    I hereby certify that on **November 1, 2023,** I electronically filed the forgoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

        */s/ Dominique Price*
        Dominique Price
        One of the Attorneys for Plaintiffs

96968\315158189.v1