UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW BEWLEY and RYAN BEWLEY, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-15570 |
| ) | Hon. Robert W. Gettleman |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DOUGLAS HEALEY

I, Douglas Healey, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of eighteen years old and can testify competently to the facts in this declaration.

2. I am a Director of Academic and Amateurism Review for the National Collegiate Athletic Association ("NCAA") Eligibility Center. Before this position, I was a Director of Academic Review, Associate Director of Academic Review, and Assistant Director of Academic and Membership Affairs for the NCAA. I am a 2007 graduate of the Indiana University Robert H. McKinney School of Law.

3. Attached as **Exhibit A** and **Exhibit B** are the Overtime Elite League Uniform Player Contracts submitted to the NCAA between Plaintiffs Matthew Bewley and Ryan Bewley ("Plaintiffs") with Overtime Elite, LLC ("Overtime Elite"), respectively, for a two-year term from July 1, 2021 to June 30, 2023 ("Contracts").

4. Attached as **Exhibit C** is a screenshot of Overtime Elite's public-facing website from November 11, 2023. Overtime Elite's public-facing website states that, in 2021, Overtime

1

Elite "only offered *professional opportunities*," and that in fall 2022, after the Contracts were signed, Overtime Elite then changed its professional model and "began offering athletes a scholarship option – instead of a salary – which provides unparalleled development and educational opportunities at [Overtime Elite] while preserving college eligibility." (emphasis added)

5. The NCAA is a voluntary association created by member colleges and universities across the country to administer college athletics. The NCAA is led by its nearly 1,100 member schools, including Chicago State University ("Chicago State"). The participating colleges and universities competing in NCAA Division I adopted the NCAA Division I Manual ("Manual"), which defines the NCAA's purpose and sets out its fundamental policies and rules. The NCAA acts only where its member schools have delegated responsibility. For example, the Division I schools set rules governing amateurism, the recruitment of athletes, the rules of competition, and how postseason competition will work, and they delegated to the NCAA the power to enforce those rules. The member schools adopt the NCAA's rules, and to date, Chicago State has not proposed to amend the NCAA's rules with respect to professional status and eligibility. Ultimately, Chicago State and all other Division I schools are committed to the principle of amateurism.

6. On June 22, 2023, Chicago State activated Plaintiffs on its 2023-2024 Institutional Request List, which is a list of prospective student-athletes that an NCAA-member institution may be interested in recruiting. At the time, Chicago State was the only active Institutional Request List for Plaintiffs.

7. On June 23, 2023, the Eligibility Center contacted Chicago State to set up an introductory phone call.

2

8. On June 27, 2023, the Eligibility Center conducted that phone call with Chicago State's compliance office.

9. On June 28, 2023, Plaintiffs transitioned their NCAA Eligibility Center accounts from free profile accounts to academic and amateurism certification accounts, which is necessary for Division I prospective student-athletes who need both an academic and amateurism certification. Later that day, the Eligibility Center requested Plaintiffs' Contracts.

10. Plaintiffs' representative sent a letter dated June 29, 2023 to the Eligibility Center regarding the NCAA amateurism certification process. The Eligibility Center did not receive the letter until August 31, 2023. Attached as **Exhibit D** is the June 29, 2023 letter. The letter provides: "[Plaintiffs] firmly believe that the [Contracts] they entered into with Overtime Elite to participate in the Overtime Elite League and receive compensation for Overtime Elite generating revenue for their Name, Image and Likeness activities was in line with the rules, policies and procedures enacted by the NCAA as of July 1, 2021, and do not differ substantially from the agreements that were signed by subsequent Overtime Elite athletes." *See* **Exhibit D**, at p. 2.

11. On July 24, 2023, the Eligibility Center received the Contracts from one of Plaintiffs' parents and, in turn, set up a phone call the next day with Chicago State to discuss the Contracts.

12. On July 25, 2023, the Eligibility Center also sent questions to Plaintiffs about their self-identified agent, Deandre Boynton ("Mr. Boynton") (who is identified in **Exhibits A** and **B** under "Agent Mailing/Email Address"), and the number of games they had played for Overtime Elite.

13. On August 23, 2023, the Eligibility Center received a memorandum from

3

Plaintiffs. Attached as **Exhibit E** is the August 23, 2023 memorandum. The memorandum addressed the number of games played and stated that "we did not receive compensation to practice or play with Overtime Elite. All compensation received under our Agreements, as well as Agreements signed by other Overtime Elite Academy players, was for the complete sale and assignment of the players' NIL rights." *See* **Exhibit E**, at pp. 2-3.

14. On August 25, 2023, the Eligibility Center spoke with Chicago State about Plaintiffs' responses about their self-identified agent, Mr. Boynton, and raised concerns about their financial compensation and benefits received under the Contracts. The Eligibility Center also emailed questions to Mr. Boynton and emailed Chicago State about Plaintiffs' expenses and financial compensation and benefits that Plaintiffs had received.

15. On August 31, 2023, Plaintiffs represented to the Eligibility Center that they did not receive any apparel royalties or group licensing payments.

16. On September 1, 2023, the Eligibility Center spoke with Overtime Elite, which stated it would confirm the Plaintiffs' group licensing payments.

17. On September 21, 2023, Overtime Elite confirmed that in addition to their base salary, Plaintiffs had received a performance bonus, apparel royalties, and group licensing payments. This confirmation contradicted Plaintiffs' August 31, 2023 representation.

18. On September 25, 2023, the Eligibility Center contacted Chicago State about this inconsistent information.

19. On September 27, 2023, the Eligibility Center told Chicago State that the Eligibility Center would seek interpretative assistance from NCAA Academic and Membership Affairs ("AMA").

20. On October 6, 2023, the Eligibility Center consulted AMA, which determined

4

that Plaintiffs' group licensing payments with Overtime Elite were not permissible.

21. On October 11, 2023, the Eligibility Center relayed this information to Chicago State.

22. On October 26, 2023, AMA determined that Plaintiffs' equity compensation was also impermissible. The Eligibility Center so informed Chicago State.

23. On October 27, 2023, the Eligibility Center discussed the administrative process with Plaintiffs' counsel.

24. On October 31, 2023, the Eligibility Center posted the Plaintiffs' amateurism certification decisions as "Final: Not Certified" and provided an amateurism certification review summary to Chicago State ("Review Summary"). Attached as **Exhibits F and G** are each Review Summary. The Review Summary included factual determinations and found that "the prospective student-athlete entered into an agreement with a professional team that provided payment above actual and necessary expenses, as well as participated with a professional team," which violated NCAA Bylaws 12.1.2, 12.2.3.2, and 12.2.5. *See* **Exhibits F and G**, at p. 1.

25. The Eligibility Center's Review Summary set forth the available administrative remedies for challenging the factual determinations and/or legislative application. *See id.*, at pp. 2-3.

26. None of these administrative remedies were pursued before this lawsuit was filed on November 1, 2023. On November 7, 2023, Chicago State submitted a request to AMA to seek reinstatement of Plaintiffs. The administrative process is not yet complete.

27. Attached as **Exhibit H** and **I** are the Overtime Elite Financial Aid Agreement and Overtime Sports NIL Endorsement Agreement provided to the NCAA between Robert Dillingham and Overtime Elite and Overtime Sports, Inc., respectively.

5

28. Attached as **Exhibits J** and **K** are the Overtime Elite Financial Aid Agreement and Overtime Sports NIL Endorsement Agreement between Kanaan Carlyle and Overtime Elite and Overtime Sports, Inc., respectively.

29. Attached as **Exhibit L** is a July 12, 2021 article from The Washington Post, which includes the following statement by Matthew Bewley: "If you have this opportunity as a professional, getting closer to your dream, why not take this opportunity?" *See* Exhibit L, at p. 5.

30. Attached as **Exhibit M** is a hyperlink to a video recording of Damien Wilkins, the General Manager and Head of Basketball at Overtime Elite ("Mr. Wilkins"). I have listened to the recording and made a good-faith effort to accurately transcribe its content as follows: "Last year we were strictly a professional league. All of our guys had signed professional contracts. They have given up their college eligibility. This year, OTE began offering athletes a scholarship option instead of a salary. What that means is yes, we have guys here still on professional contracts, but then we have a brand-new crop of guys who are on scholarship *that didn't have to give up their college eligibility*." (emphasis added)

31. Attached as **Exhibit N** is a hyperlink to a second video recording of Mr. Wilkins. I have listened to the recording and made a good-faith effort to accurately transcribe the recording as follows: "In our first year we didn't have an option to offer the scholarship. *We talked and met with the NCAA after our first year and they granted us the scholarship option which allows players to sign with us and still maintain their eligibility, whereas in our first year all the guys that we signed, signed pro contracts that forced them to give up their college eligibility.* So that rubbed people the wrong way. And at the end of the day people fear what they don't understand. So, I totally get that. Our scholarship option allows guys to maintain their eligibility for college and essentially come here and be and for us to be to prep them if you will

6

for whatever their next steps are. *I don't see a world where many guys would come here in the future and take the pro contract, and you know quite frankly like we don't encourage them to.* But everyone is different. Everyone has different needs. Everyone's families have different needs. And it's good that we can be a part of a system that allows optionality for these guys and give them, put different paths on the table, put different routes if you will on the table *for them to make that choice*. (emphasis added)

      33.      Attached as **Exhibit O** is the Manual.

Executed on November 13, 2023.

*Douglas Healey*
Douglas Healey