## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Matthew Bewley, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:23−cv−15570
                                                      Honorable Robert W. Gettleman

The National Collegiate Athletic Association
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: In court hearing Motion for Temporary Restraining order and Preliminary Injunction held on 11/14/2023. All parties appeared at the hearing. National Collegiate Athletic Association's Agreed Motion For Leave To File Under Seal [20] is granted. For the reasons stated on the record, plaintiffs' Motion for Temporary Restraining Order [3] is denied. The motion for preliminary injunction [3] remains pending. In court hearing set for 12/14/2023 at 10:00 a.m. The parties are directed to file a Joint Status Report on or before 12/7/2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.