IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW BEWLEY and RYAN BEWLEY, ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> THE NATIONAL COLLEGIATE ATHLETIC ) <br> ASSOCIATION ) <br> ) <br> Defendant. ) | Case No.: 1:23-CV-15570 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

COME NOW, Plaintiffs, Matthew Bewley and Ryan Bewley, by their attorney, Dominique Price of Hinshaw & Culbertson LLP, and in support of their Notice of Supplemental Authority, attach a copy of the United States District Court for the Northern District of West Virginia's TRO order in *Ohio v. NCAA*, *Case No. 1:23-CV-100*, dated December 13, 2023, and states the following:

In *Ohio v. NCAA*, Plaintiffs sought a temporary restraining order to prevent the NCAA from enforcing certain bylaws on the grounds that the bylaws violated antitrust laws. The Northern District of West Virginia District Court granted the TRO without the need for discovery based in part on prior precedent cited by Plaintiffs in the present matter.

WHEREFORE, Plaintiffs, Matthew Bewley and Ryan Bewley by and through counsel, respectfully request this Court to take notice of the attached supplemental authority in support of their pending Motion to Reconsider their Motion for Temporary Restraining Order and Preliminary Injunction and for all other appropriate relief.

Respectfully Submitted,

MATTHEW BEWLEY and RYAN BEWLEY

96968\315776422.v1

                                          By:   */s/Dominique Price*
                                                     One of their Attorneys

Dominique A. Price
Daniel McGrath
Marcos Reilly
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
(312) 704-3000
Attorney No.: 6315143

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 8, 2024,** I electronically filed the forgoing **NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

                                                     */s/ Dominique Price*
                                                     Dominique Price
                                                     One of the Attorneys for Plaintiff

6080297v2 866847
96968\315776422.v1