IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW BEWLEY and RYAN BEWLEY, ) | |
| ) | |
| Plaintiffs, ) | Case No. 23 CV 15570 |
| ) | |
| v. ) | Judge Robert W. Gettleman |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, | |
| ) | |
| Defendant. ) | |

## ORDER

On November 14, 2023, this court denied plaintiffs motion for a temporary restraining order (Doc. 21), but their motion for preliminary injunction remained pending (Doc. 24). On December 11, 2023, plaintiffs filed a motion (Doc. 26) to reconsider that ruling, and a "reply" brief in support of motion for a preliminary injunction (Doc. 25). The court granted defendant leave to respond to "plaintiffs' 'reply' and motion for reconsideration" (Doc. 27), which defendant filed on December 29, 2023 (Doc. 31), and granted plaintiffs leave to file a "final reply" on or before January 12, 2024. On January 8, 2024, plaintiffs filed a "response by [plaintiffs] in support of [their motion] for reconsideration regarding [their] motion for temporary restraining order" (Doc. 32), which the court naturally considered to be their reply brief. On January 10, 2024, the court entered a memorandum opinion and order (Doc. 33) denying plaintiffs' motion. The court then received an email from plaintiffs' counsel stating that plaintiffs intended to file a reply brief by January 12, 2024, which they did (Doc. 35).

If plaintiffs intended their "response" (Doc. 32) to be simply a citation of additional authority (citing Ohio v. NCAA, Case No. 1:23-CV-100, (N.D. W.V. Dec. 13, 2023)), they should have filed an appropriate motion, which would have given defendant a chance to respond.

1

Additionally, plaintiffs could have cited <u>Ohio v. NCAA</u> in their "reply" brief without the confusion caused by their improper filing of their "response." In any event, the court has considered both plaintiffs' "response" and their "reply," and finds no reason to alter or amend the memorandum opinion and order (Doc. 33) previously issued. All schedules set by the minute order dated January 10, 2024 (Doc. 34) remain in effect.

          **ENTER:**

          *[signature]*
          **Robert W. Gettleman**
          **United States District Judge**

**DATE: January 16, 2024**